UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

WAYNE JOHNSON and
BONNIE JOHNSON,
    Plaintiffs,

CASE NO.: 2:02-cv-238-FTM-29DNF

v.

RONALD "RON" WHITE, individually,
and RON & RICHARD ENTERPRISES,
L.L.C., a dissolved Texas limited liability
company, and THE ORIGINAL LOG
CABIN HOMES, LTD., a Delaware
corporation, and LOG STRUCTURES
OF THE SOUTH, a Florida division of
THE ORIGINAL LOG CABIN HOMES,
LTD.,
    Defendants.
_____/

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

## COMPLAINT FOR BREACH OF CONTRACT, CIVIL THEFT, FRAUD, AND DEMAND FOR JURY TRIAL

COME NOW the Plaintiffs, WAYNE JOHNSON and BONNIE JOHNSON, by and through their undersigned counsel, and sue the Defendants, RONALD "RON" WHITE, RON & RICHARD ENTERPRISES, L.L.C., THE ORIGINAL LOG CABIN HOMES, LTD., and LOG STRUCTURES OF THE SOUTH, jointly and severally, and as grounds therefore would show the Court that:

1.    The Plaintiffs, WAYNE JOHNSON and BONNIE JOHNSON, are, and were at all times hereafter mentioned, domiciled in and citizens of the State of Florida.

2.    Defendant, RONALD "RON" WHITE (hereinafter "Defendant White"), is, and was at all times hereafter mentioned, domiciled in and a citizen of the State of Texas.

1

3.  Defendant, RON & RICHARD ENTERPRISES, L.L.C. (hereinafter "R&R"), is an unincorporated association which is, and was at all times hereafter mentioned, engaged in the business of constructing homes, with its offices and place of business at 1710 South Jackson, City of Jacksonville, State of Texas.

4.  Defendant, THE ORIGINAL LOG CABIN HOMES, LTD. (hereinafter "Original Log"), was, and is now, a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business at 410 North Pearl Street, Rocky Mount, in the State of North Carolina, a state other and different from its state of incorporation.

5.  Defendant, LOG STRUCTURES OF THE SOUTH (hereinafter "Log Structures"), is a division of Defendant Original Log, with its offices and place of business at 1600 Dolgner Place, Sanford, in the State of Florida.

6.  The amount in controversy, exclusive of interest and costs, exceeds seventy-five thousand dollars ($75,000.00).

7.  Accordingly, this Court has jurisdiction over this case based upon diversity pursuant to 28 U.S.C. § 1332(a)(1).

8.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

### COUNT I — BREACH OF CONTRACT AGAINST DEFENDANTS R&R AND WHITE

9.  The Plaintiffs reallege and incorporate by reference herein Paragraphs 1 through 8 above.

2

10.	This is an action for breach of contract, resulting in damages of seventy-nine thousand three hundred dollars ($79,300.00), against Defendants R&R and White.

11.	On or about September 13, 1999, at the City of Clewiston, County of Hendry, State of Florida, in consideration of the sum of seventy-nine thousand three hundred dollars ($79,300.00) to be paid in one lump sum, Defendants R&R and White made and entered a building contract with the Plaintiffs, a copy of which is marked Exhibit "A," annexed, and made a part of this complaint by reference, whereby Defendants R&R and White agreed to construct a log cabin for the Plaintiffs in North Carolina.

12.	The Plaintiffs, having paid the full contract price to Defendants R&R and White, have performed all the conditions of the building contract on the Plaintiffs' part to be performed.

13.	Defendants R&R and White have failed and refused to comply with the contract by failing to construct the Plaintiffs' log cabin to the Plaintiffs' damage in the sum of seventy-nine thousand three hundred dollars ($79,300.00).

WHEREFORE the Plaintiffs, by and through their undersigned counsel, respectfully pray that this Court enter a judgment against Defendants R&R and White for general and special damages together with the costs of this action.

## COUNT II — CIVIL THEFT AGAINST DEFENDANTS R&R AND WHITE

14.	The Plaintiffs reallege and incorporate by reference herein Paragraphs 1 through 8 and 11 through 13 above.

3

15. This is an action for civil theft, resulting in damages of seventy-nine thousand three hundred dollars ($79,300.00), against Defendants R&R and White.

16. The Plaintiffs paid Defendants R&R and White a total of seventy-nine thousand three hundred dollars ($79,300.00) for the construction of a log cabin, fifteen thousand three hundred dollars ($15,300.00) for the log package and sixty-four thousand dollars ($64,000.00) for the construction of the log cabin.

17. To date, despite the Plaintiffs' demands, Defendants R&R and White have neither constructed the log cabin nor refunded the Plaintiffs' money.

18. Defendants R&R and White knowingly obtained and used the Plaintiffs' money with the intent to, either temporarily or permanently, deprive the Plaintiffs of the right to the money and to appropriate the money to their own use in violation of Section 812.014(1), *Florida Statutes*.

19. As a result, the Plaintiffs have been injured because of said violation of Section 812.014(1), *Florida Statutes*, and have been deprived of the sum of seventy-nine thousand three hundred dollars ($79,300.00), together with interest, from the date that said amount was paid.

20. Before filing this action, the Plaintiffs made written demand for the amount improperly retained by Defendants R&R and White, a copy of which is marked Exhibit "B," annexed, and made a part of this complaint by reference. To date, however, Defendants R&R and White have not replied to said demand.

4

21.  The Plaintiffs are entitled to treble damages, as well as attorney fees and costs, pursuant to statute and such case made and provided.

WHEREFORE the Plaintiffs, by and through their undersigned counsel, respectfully pray that this Court enter a judgment against Defendants R&R and White for treble damages, attorney fees and costs, and any other relief that this Court deems just and proper.

### COUNT III — FRAUD AGAINST DEFENDANTS ORIGINAL LOG, LOG STRUCTURES, R&R, AND WHITE

22.  The Plaintiffs reallege and incorporate by reference herein Paragraphs 1 through 8, 11 through 13, 16 and 17 above.

23.  This is an action for fraud and damages, totaling eighty-one thousand fifty-nine dollars and ten cents ($81,059.10), against Defendants Original Log, Log Structures, R&R, and White.

24.  On or about August 9, 1999, Defendant Original Log, by and through its agent, Defendant Log Structures, entered into a written contract with the Plaintiffs, a copy of which is marked Exhibit "C," annexed, and made a part of this complaint by reference, whereby Defendant Original Log agreed to sell and deliver to the Plaintiffs a log package for the price of seventeen thousand five hundred ninety-one dollars ($17,591.00).

25.  The Plaintiffs paid Defendant Original Log a ten percent (10%) deposit on the contract, totaling one thousand seven hundred fifty-nine dollars and ten cents ($1,759.10), with the remainder of the contract price to be paid within twenty-four (24) months.

26.  Defendant Original Log, by and through its agent, Defendant Log Structures, referred the Plaintiffs to Defendants R&R and White for the assembly of the log package and related services.

27.  Defendant Original Log, by and through its agent, Defendant Log Structures, represented to the Plaintiffs that both Defendants R&R and White were qualified for the job and had performed similar services satisfactorily for numerous customers in the past.

28.  The representation was made for the purpose of inducing the Plaintiffs to contract with Defendants R&R and White for the assembly of their log cabin, and the Plaintiffs relied on the representation in deciding to contract with said defendants.

29.  The representation was false and known by Defendant Original Log to be false at the time it was made because Defendant Original Log had prior dealings with Defendants R&R and White and was aware of customer complaints involving said defendants.

30.  Upon contracting with Defendants R&R and White, Defendant White, acting on behalf of Defendant R&R, represented to the Plaintiffs that he would discount the contract price for the construction of the log cabin from seventy thousand dollars ($70,000.00) to sixty-four thousand dollars ($64,000.00) if the Plaintiffs agreed to make advanced payment of the full amount.

31.  The representation was made for the purpose of inducing the Plaintiffs to make a large advance payment to Defendant White.

32. The representation was false and known by Defendant White to be false at the time it was made because he sought advance payment by the Plaintiffs in order that he might satisfy financial obligations incurred on other projects.

33. The Plaintiffs, relying on the representations made to them by Defendants Original Log, Log Structures, R&R, and White, agreed to Defendant White's proposal and paid the full amount of sixty-four thousand dollars ($64,000.00) in advance. Moreover, the Plaintiffs paid Defendants R&R and White an additional fifteen thousand three hundred dollars ($15,300.00) that was to be forwarded by Defendants R&R and White to Defendant Original Log as the balance due for the log package.

34. To date, Defendant Original Log has failed and refused to either furnish the Plaintiffs with the log package or refund their money. Similarly, Defendants R&R and White have failed and refused to either construct the Plaintiffs' log cabin or refund their money.

35. Consequently, the Plaintiffs' money, which was paid to Defendants Original Log, Log Structures, R&R, and White for the purchase and assembly of the log package, was used for purposes other than those intended by the Plaintiffs.

36. The Plaintiffs demand a jury trial pursuant to Rule 38(b), *Federal Rules of Civil Procedure*.

WHEREFORE the Plaintiffs, by and through their undersigned counsel, respectfully pray that this Court enter a judgment against Defendants Original Log, Log Structures, R&R,

and White for damages, interest, attorney fees and costs, and any other relief that this Court deems just and proper.

Respectfully Submitted,

Ralph Elver, Trial Counsel
FL Bar No.: 215848
PAVESE, HAVERFIELD, DALTON,
HARRISON & JENSEN, L.L.P.
Attorneys for Plaintiffs
P.O. Drawer 2280
LaBelle, FL 33975
Telephone: (863) 675-5800
Fax: (863) 675-4998

8



## Proposal
## RON & RICHARD ENTERPRISES, L.L.C
**1710 S. JACKSON**
Jacksonville, Texas 75766
Office # 903-586-2839
Fax # 903-586-6280

| Name: | MR. AND MRS. JOHNSON |
|---|---|
| Street: | 645 TRINIDAD AVE. |
| City/State: | CLEWISTON, FLORIDA 33440 |
| Phone: | 1-941-983-8587  1-561-993-1954 W |

| Page# 1 | of | Pages |
|---|---|---|
| Date | 09-13-99 | |

We hereby submit specifications and estimate for: INSTALL THE CABIN II FROM THE ORIGINAL LOG HOME COMPANY FOR THE ABOVE MENTIONED CUSTOMER IN NORTH CAROLINA (ADDRESS TO BE MENTIONED AT A LATER DATE).

1) WE WILL INSTALL THE LOG CABIN II IN NORTH CAROLINA, WHICH INTAILS THE BUILDING OF THE LOG HOME KIT FURNISHED BY THE CUSTOMER ( ALL LOGS, EXTERIOR DOORS AND WINDOWS ARE INCLUDED WITH THE LOG PACKAGE) ( NOTE: THE SHINGLES WILL NOT BE WITH THE PACKAGE DUE TO THE FACT THAT THE HOMEOWNER WANTS RON AND RICHARD ENTERPRISES TO FURNISH A METAL ROOF AT THE HOMEOWNERS EXPENSE). (THE LOG HOME WILL BE BUILT PER PLANS PROVIDED US)

2) WE WILL INSTALL THE LOG HOME KIT APPROX. 10 FOOT ABOVE THE GROUND ON POLES PER HOMEOWNERS REQUEST.

3) WE WILL FURNISH ALL THE ELECTRICAL PLUGS AND SWITCHES, WIRING, PLUMBING AND PLUMBING FIXTURES, KITCHEN CABINETS AND VANITIES.

4) WE WILL FURNISH A 3 TON A/C UNIT WITH HEAT FOR THE LOG HOME.

5) WE WILL FURNISH THE CARPET AND TILE FOR THE FLOORING.

6) THE INTERIOR WALLS WILL BE SHEETROCKED, TEXTURED AND PAINTED.

7) WE WILL FURNISH A SEPTIC SYSTEM OR HOOK UP TO THE CITY SEWAGE.

8) WE WILL HELP THE HOMEOWNER PULL ALL PERMITS, BUT DO TO THE FACT THAT THE LOG HOME IS IN NORTH CAROLINA THE HOMEOWNER WILL HAVE TO PULL THE PERMITS IN THEIR NAME AS OWNER BUILDER ( RON WILL EXPLAIN THIS TO THE HOMEOWNER)

We hereby propose to furnish labor and materials- complete in accordance with the above specifications, for the sum of ____70,000.00/XX____ dollars($_____)with payments to be made as follows:
____SEE ATTACHED DRAW SHEET FOR PAYMENT PLAN____

All material is guaranteed to be specified. All work to be done in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs, will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contigent upon strikes, accident or delays beyond our control. This proposal acceptance within____days and is void thereafter at the option of the undersigned.        Authorized signature: _____

## ACCEPTANCE PROPOSAL

The above prices, specifications and conditions are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above. ACCEPTED BY: Signature: _Wayne Johnson_
DATE: _9/17/99_                                    Signature: _Bonnie Johnson_

EXHIBIT "A"

## PAVESE, HAVERFIELD, DALTON, HARRISON & JENSEN, L.L.P.
### A FLORIDA LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AND COUNSELORS AT LAW
http://paveselaw.com

**RALPH ELVER**
Florida Bar Number 215848
Oklahoma Bar Number 002714
e-mail: ralphelver@paveselaw.com

P.O. DRAWER 2280
461 SOUTH MAIN STREET
**LABELLE, FLORIDA 33975**

(863) 675-5800
(863) 983-6676
(863) 675-4998

August 1, 2001

RON & RICHARD ENTERPRISES, LLC
1710 SOUTH JACKSON
JACKSONVILLE TEXAS 75766

        Re: Wayne and Bonnie Johnson;
           Our File #70999.001

Dear Sirs:

  Please be advised that I have been retained by Wayne and Bonnie Johnson to represent them regarding your fraudulent act against Mr. & Mrs. Johnson.

  In accordance with Florida Statutes 772.11, demand is hereby made for the payment to my client of $79,300.00 within thirty (30) days from receipt of this letter, which represents Everglades Federal Credit Union check number 4698820662, dated August 23, 1999, in the amount of $64,000.00, Bonnie Johnson and Wayne Johnson's check number 0998, dated August 23, 1999, in the amount of $15,300.00.

  These funds were paid to you according to your representations to our clients regarding the purchase and construction of a log cabin to be built by your company.

  Failure to comply with this demand will result in my client taking legal action against you, which may result in threefold damages against you, to-wit: $237,900.00, and in addition, attorney's fees and costs.

  KINDLY GOVERN YOURSELVES ACCORDINGLY.

          Yours very truly,

          /s/

          Ralph Elver

RE:pd

cc: Attorney Robert T Norvell

EXHIBIT "B"

---

1833 HENDRY STREET
P.O. DRAWER 1507
FORT MYERS, FL 33902-1507
(941) 334-2195
FAX (941) 332-2243

4635 S. DEL PRADO BLVD.
P.O. BOX 100088
CAPE CORAL FL 33910-0088
(941) 542-3148
FAX (941) 542-8953

SUITE 203
4524 GUN CLUB ROAD
WEST PALM BEACH, FL 33415
(561) 471-1366
FAX (561) 471-0522

# 24 MONTH LAYAWAY AGREEMENT
## Single Deposit
(No additional payments required until package pre-cut time)

**LOG CABIN**

**Log Cabin Homes Ltd.**
P.O. Drawer 1457
Rocky Mount, N.C. 27802
Office (919) 977-7785
FAX (919) 985-2810
1-800-56-CABIN

1. **Purchaser:**
   Name _WAYNE + BONNIE JOHNSON_
   Street _645 E. TRINIDAD_
   City/State _CLEWISTON_ Zip _33440_
   Telephone H(_941_) _983-8587_ W ( ) _____

2. **Place of Delivery:** (purchaser to provide map)
   Street _206 DECADE DR._
   City/State _CASHIERS, N.C._ County _JACKSON_

3. **Log Package:**
   Size: _34 X 22_ Model or Quote No.: _CABIN II_ Log Style: _CLASSIC D_ Species: _WHITE PINE_
   _748 sq'_                                                          $ _____
   _ECONO-CLASSIC SERIES_                                             _15,673.00_
   _OPTIONAL PKG._
   _1- 6' WIDE FRONT PORCH_
   _ROOF SYSTEM_                                                       _1,918.00_

- **Advantages of a 10% Deposit:**
  1. Protects the terms of the promotion selected.
  2. Freezes your purchase price for up to two years which protects you against future price increases for two years.
  3. Provides you the option of taking delivery anytime up to two years from the order date. However, LCH requires a minimum of 45 days notice before delivery date.
  4. Purchaser may make design changes or change model selection prior to pre-cut date (minimum 45 days before delivery date).
  5. Allows you to receive your pre-lim blueprints to begin planning, changes and mortgage loan, etc.
  6. Purchaser may extend this agreement for a third year if necessary upon making an additional 10% deposit at the end of the second year.

   Log Package Total   $ _17,591.00_
   _____% _____ Sales Tax (Based on Place of Delivery) $ _____
   (State, Provence or Country)   **Total** $ _____

**Deposit** (Form of Payment)
☐ Cash  ☐ Check  ☐ Credit Card # _____ Exp. Date _____

4. **Payments:** (Circle one)  [Card] [VISA] [MasterCard] [Diners] [Discover] [LOG CABIN]   F.O.B _Rocky Mt. N.C._
   10% Down Payment with Order $ _1,759.10_
   40% Pre-Cutting Payment $ _____
   (due 45 to 60 days prior to delivery)
   50% Delivery (Certified Check) $ _____

5. **Shipping** via common carrier.
   Freight collect at prevailing rate.

6. **Conditions:**
   Purchaser agrees to conditions of sale on reverse side.

7. Date of Order _7-13-99_   8. Tentative Date of Delivery _TO BE DETERMINED_
9. Dealer _Judy Hagal_
10. Purchaser's Signature
    X _Wayne Johnson_                      Date: _7/23/99_
    X _Bonnie Johnson_                     Date: _7/23/99_
11. Seller's Acceptance
    - Log Cabin hereby accepts the above order this _9_ day of _Aug_, 19_99_
                                                  Log Cabin Homes Ltd.
                                                  By _____
    EXHIBIT "C"                              (Its Duly Authorized Officer)   (over)

©1994 LCH

CUSTOMER COPY



# Complete Log Home Building Package

## The Most Quality and Value for the Money Anywhere!

### The Econo-Classic Series Package includes all of the following materials: *A to Z!*

A - All the pressure treated sill plate needed to seal the building to the first floor system
B - All the solid 8" precision milled logs for the exterior walls (first floor); Graded before milling
C - All the spiral spikes needed to fasten each log course (optional lag screws)
D - All the double row of log course polyfoam insulation sealing tape - "Log Cabin" Log Seal Brand
E - All the oak joint dowels & tru rods & corner joints
F - All the "Log Cabin" log caulking for butt joints
G - All the "Log Cabin" log caulking for end joints
H - All the stress engineered roof rafters or trusses for the roof system depending on design
I - All the 7/16" OSB exterior roof decking with H clips
J - All the felt paper underlayment for the roof decking
K - All the 20 year roof shingles
L - All the ridge vent for the roof system
M - All the insulated natural wood double hung thermopane windows by MW
N - All the door exterior casings
O - All the window exterior casings
P - All the exterior door buck frames
Q - All the window buck frames
R - All the second floor joists when applicable
S - All the gable end studding
T - All the log cabin siding for the gable ends
U - All the porch posts & carry beams when illustrated or requested
V - All the 3068 6-panel metal clad deluxe insulated entry door units and others when illustrated
W - All the porch roof system when illustrated or requested
X - All the "Log Cabin" Building Wrap Protection to protect your Log Home materials during construction
Y - Up to five sets of LOG-I-CAL, AUTO CAD designed & engineered blueprints
Z - Log Cabin Homes "HOW-TO" construction guide

Misc. Materials: _____

_____

_____

## *Limited Lifetime Warranty*

*Log Cabin Homes warrants, to the original purchaser, all log wall materials manufactured by Log Cabin Homes to be free from defects in manufacturing workmanship, for the lifetime of the original purchaser.*

*This Warranty does not include labor, installation and shipping costs related to repair or replacement, or damages from improper handling or installation, or failure to seal-treat the log materials.*

*All other materials included in our log home packages such as windows, doors, roofing, etc. are warranted by their respective manufacturers.*

*All customer requests for repair or replacement of materials covered under this warranty must be made in writing and sent directly to Log Cabin Homes.*

*This warranty is in lieu of all other warranties expressed or implied.*

This form confirms the building materials to be furnished in your Log Home Econo-Classic Series Package. Any and all changes should be initialed by the Sales Representative and the Purchaser. Please sign and date for your verification. Return with your Layaway Agreement.

Customer Signature _Wayne Johnson_ Date _8-5-99_
Customer Signature _Bonnie Johnson_ Date _8-5-99_
Sales Representative Signature _____ Date _7-27-99_
Corporate Acceptance _____ Date _8-9-99_

©1991